# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Hwang  Docket No.: 25-1941

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Samuel P. Rothschild

Firm: United States Attorney's Office for the Southern District of New York

Address: 26 Federal Plaza, New York, New York 10278

Telephone: (212) 637-2504   Fax:

E-mail: samuel.rothschild@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nathan Rehn/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 13, 2021   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Samuel P. Rothschild

Type or Print Name: Samuel P. Rothschild