## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States v. Sung Kook (Bill) Hwang            Docket No.: 25-1941

Lead Counsel of Record (name/firm) or Pro se Party (name): Barry H. Berke, Gibson, Dunn & Crutcher LLP

Appearance for (party/designation): Defendant-Appellant Sung Kook (Bill) Hwang

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Barry H. Berke
Firm: Gibson Dunn & Crutcher LLP
Address: 200 Park Avenue, New York, NY 10166
Telephone: 212-351-3860                    Fax:
Email: bberke@gibsondunn.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 10-12-2023 _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s Barry H. Berke
Type or Print Name: Barry H. Berke
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.