## GIBSON DUNN

Barry H. Berke
Partner
T: +1 212.351.3860
M: +1 917.543.4823
bberke@gibsondunn.com

August 22, 2025

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Sung Kook (Bill) Hwang*, **Docket No. 25-1491**

Dear Ms. Wolfe:

On behalf of Mr. Hwang, I write to notify the Court that Alexandra Shapiro of Shapiro Arato Bach will be serving as co-lead counsel for Mr. Hwang in this matter.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Barry H. Berke*

Barry H. Berke
Partner