

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

September 2, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      Re:    *United States v. Sung Kook (Bill) Hwang*, Docket No. 25-1941

Dear Ms. Wolfe:

      I represent Appellant Sung Kook (Bill) Hwang in the above-captioned matter. Mr. Hwang's co-defendant Patrick Halligan only recently filed a notice of appeal on August 28, 2025. We anticipate that the appeals will be consolidated because they arise from the same indictment and trial. To keep both appeals on the same schedule and facilitate coordination between the appellants for their briefs and the appendix, I am writing pursuant to Local Rule 31.2 to request that the Court designate the date 91 days from the ready date for Mr. Halligan's appeal as the deadline for Mr. Hwang's opening brief and appendix as well. We expect Mr. Halligan's ready date to be September 11, 2025—and therefore request a due date 91 days after that, i.e., December 11, 2025. We understand from discussions with Mr. Halligan's counsel that he will request the same deadline.

      Respectfully submitted,

      /s/ *Alexandra A.E. Shapiro*

      Alexandra A.E. Shapiro

cc: All Counsel of Record (via ECF)